

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00560-CR

Vernon **TRAVIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B13637
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Appellant's brief was originally due December 31, 2014. When no brief was filed, this court sent a notice pursuant to Rule 38.8 of the Texas Rules of Appellate Procedure. In response, on January 5, 2015, appellant filed a motion to extend time to file his brief, asking for an additional thirty days. Accordingly, We **GRANT** appellant's motion and **ORDER** appellant to file this brief in this court on or before January 30, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court